No. 54. MENDOZA-MARTINEZ *v.* MACKEY, COMMISSIONER OF IMMIGRATION AND NATURALIZATION SERVICE, ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. The motion to grant petition for writ of certiorari and to advance argument is denied. *John W. Willis* for movant-petitioner.

No. 73. FEDERAL MARITIME BOARD *v.* ISBRANDTSEN COMPANY, INC., ET AL.; and

No. 74. JAPAN-ATLANTIC AND GULF FREIGHT CONFERENCE ET AL. *v.* UNITED STATES ET AL. Certiorari, 353 U. S. 908, to the United States Court of Appeals for the District of Columbia Circuit. The motion for leave to file brief of Pacific American Steamship Association et al., as *amici curiae,* is granted. *John R. Mahoney, Elmer C. Maddy, Alan B. Aldwell, Walter Carroll* and *Allen E. Charles* for movants. *John J. O'Connor* and *John J. O'Connor, Jr.* filed a reply for the Isbrandtsen Company, Inc., respondent, in opposition to the motion.